ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5051
    FAX: (408) 535-5081
    christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 24-222 PCP |
| Plaintiff, | |
| v. | STIPULATION AND PROTECTIVE ORDER [PROPOSED] |
| PABLO CURIEL ACEVES, | |
| Defendant. | |

With the agreement of the parties, the Court enters the following Protective Order:

Defendant is charged with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) and Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Upon receipt of a discovery request, the United States will produce documents and other materials pertaining to the defendant and the charged offenses to defense counsel. The discovery to be provided includes documents or other materials falling into one or more of the following categories (collectively, "Protected Information"):

    1.   Personal Identifying Information of any individual (other than his or her name), including any person's date of birth, social security number, residence address, telephone numbers, email addresses, driver's license number, names of persons who are minors, or criminal

1  histories ("Personal Identifying Information");

2  2.  Financial Identifying Information of any individual or business, including bank account

3  numbers, credit or debit card numbers, account passwords, and taxpayer identification

4  numbers ("Financial Identifying Information");

5  3.  Sealed court filings that contain information regarding third parties that are targets or

6  potential targets of investigation, including the following types of documents if they contain

7  such information: sealed applications, affidavits, and orders authorizing search warrants;

8  applications for and orders authorizing the interception of wire and electronic

9  communications; pen register and trap and trace applications and orders; applications for and

10  orders authorizing the provision of information pursuant to 18 U.S.C. § 2703(d); and

11  applications for and orders authorizing investigative process pursuant to the All Writs Act

12  ("Investigatory Materials"); and

13  4.  Audio and/or video recordings involving confidential sources, cooperating witnesses, and/or

14  undercover officers or agents ("CS/UC Information").

15  The United States will identify discovery materials as Protected Information by marking such

16  materials "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" or by providing written notice

17  identifying discovery materials as Protected Information.  The government shall exercise reasonable

18  care in determining which discovery materials should be designated as Protected Information in order to

19  avoid the over-designation of discovery materials as Protected Information.

20  To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

21  **IT IS HEREBY ORDERED** that defense counsel, their investigators, assistants, employees,

22  and independent contractors (collectively, "the Defense Team") may review with the defendant all

23  discovery material produced by the government, but shall not provide a defendant with copies of, or

24  permit defendant to make copies of, or have unsupervised access to any discovery material produced by

25  the government that contains Protected Information, unless the Protected Information has first been

26  **entirely redacted** from the discovery materials.  The government and defense counsel are ordered to

27  work together to ensure that these materials are protected, but that defendant has as much access to the

28  materials as can be provided consistent with this Court's order.  Discovery material that clearly pertains

to a specific defendant and does not contain Protected Information regarding any other person (*e.g.*, defendant's own bank records, telephone records, and business records) may be provided to that defendant unredacted.

The Defense Team may show witnesses Personal Identifying Information and/or Financial Information in the course of preparing a defense for trial or any related proceedings in this case, but only if (i) the witness, by reason of their participation in the underlying events or conduct, would have seen or had reason to know such information, or (ii) it is otherwise relevant to the defense of the case that the Defense Team discuss with or show the witness Personal Identifying Information and/or Financial Information. Witnesses may only view Personal Identifying Information and/or Financial Information in the presence of the Defense Team. No witness or potential witness may retain copies of discovery material that contains Protected Information after his or her review of those materials with the Defense Team is complete.

Defense counsel may also provide unredacted copies of Protected Information to any experts retained to assist with the preparation of the defense in the captioned case. The defendant, all members of the Defense Team, and any experts who receive Protected Information under this Order shall be provided a copy of this Order along with those materials and shall sign and date the order reflecting their agreement to be bound by it.

The Defense Team shall maintain Protected Information safely and securely, and shall exercise reasonable care in ensuring the confidentiality of those materials by not divulging the contents or permitting anyone to see Protected Information except as set forth in this Protective Order.

The materials provided pursuant to this protective order may only be used for the specific purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

This Order shall also apply to any copies made of any materials covered by this Order.

**IT IS FURTHER ORDERED** that if a party files a pleading that contains or attaches Protected Information subject to this Order, the Protected Information must be filed under seal (accompanied by a request to file under seal) and redacted from the public filing, unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there are no pending proceedings, challenges, appeals, or habeas motions in the case, counsel for defendant

1  shall either destroy discovery materials containing Protected Information (including any copies) within

2  30 days if the defendant consents to such destruction, or retain the Protected Information and ensure that

3  the Protected Information will continue being kept under the conditions specified in this Order.  After

4  the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to

5  destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a

6  motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and

7  materials subject to this Protective Order under the terms of this Order.

8          This stipulation is without prejudice to either party applying to the Court to modify the terms of

9  any protective order.  This Court shall retain jurisdiction to modify this Order upon motion of either

10  party even after the conclusion of district court proceedings in this case.

11

12  **IT IS SO STIPULATED.**                        ISMAIL J. RAMSEY
                                                     United States Attorney
13

14

15  Dated:  August 29, 2024                            _/s/ Christina Liu_____
                                                     Christina Liu
16                                                   Assistant United States Attorney

17

18  Dated: August 29, 2024                            _/s/ Bruce Funk_____
                                                     Bruce Funk
19                                                   Counsel for Defendant Pablo Curiel Aceves

20

21

22  **IT IS SO ORDERED.**

23

24  Dated: 9/26/2024                                THE HONORABLE NATHANAEL COUSINS
                                                     United States Magistrate Judge
25

26

27

28

STIPULATION AND PROTECTIVE ORDER
CR 24-222 PCP                    4

1        **By signing below, I acknowledge that I have been provided and have reviewed a copy of**

2  **this Order and hereby agree to be bound by its terms:**

| SIGNATURE | DATE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |